ELLEN F. ROSENBLUM
Attorney General
ROBERT E. SULLIVAN  #983539
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Robert.Sullivan@doj.state.or.us

Attorneys for Defendants Becker, Coffey, Degner, Gruenwald, Gulick, Hansen, Hinkelman, Hodge, Kilmer, Nooth, Paulson, Peters, Premo, Puerini, Shelton, and Vargo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CAMERON DODSON, | Case No.  6:12-cv-00266-AA |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| COLETTE PETERS; JEFF PREMO; MARK NOOTH; GARY KILMER; STEVE SHELTON, M.D.; JOHN VARGO, D.O.; GEORGE DEGNER, M.D.; JERRY BECKER, M.D.; CARRIE COFFEY; GARTH GULICK, M.D.; JODEAN ELLIOTT-BLAKESLEE, M.D.; SHIRLEY HODGE; MICHAEL PUERINI, M.D.; PATRICK HINKELMAN, R.N.; REED PAULSON, M.D.; OLE HANSEN, M.D.; LINDA ANN GRUENWALD, F.N.P., | |
| Defendants. | |

Pursuant to ORS 17.095, the State notifies the court that this action has been settled pursuant to the terms of a Settlement Agreement and Release, a copy of which is attached as Exhibit 1.

Page 1 -    NOTICE OF SETTLEMENT
        RS/cbh/5622738-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

DATED July  25 , 2014.

    Respectfully submitted,

    ELLEN F. ROSENBLUM
    Attorney General


       s/ Robert E. Sullivan
    ROBERT E. SULLIVAN #983539
    Senior Assistant Attorney General
    Trial Attorney
    Tel (503) 947-4700
    Fax (503) 947-4791
    Robert.Sullivan@doj.state.or.us
    Of Attorneys for Defendants Becker, Coffey, Degner, Gruenwald, Gulick, Hansen, Hinkelman, Hodge, Kilmer, Nooth, Paulson, Peters, Premo, Puerini, Shelton, and Vargo

Page 2 -   NOTICE OF SETTLEMENT
    RS/cbh/5622738-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

ELLEN F. ROSENBLUM
Attorney General
ROBERT E. SULLIVAN  #983539
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Robert.Sullivan@doj.state.or.us

Attorneys for Defendants Becker, Coffey, Degner, Elliott-Blakeslee, Gruenwald, Gulick, Hansen, Hinkelman, Hodge, Kilmer, Nooth, Paulson, Peters, Premo, Puerini, Shelton, and Vargo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CAMERON DODSON,<br><br>    Plaintiff,<br><br>v.<br><br>COLETTE PETERS; JEFF PREMO; MARK NOOTH; GARY KILMER; STEVE SHELTON, M.D.; JOHN VARGO, D.O.; GEORGE DEGNER, M.D.; JERRY BECKER, M.D.; CARRIE COFFEY; GARTH GULICK, M.D.; JODEAN ELLIOTT-BLAKESLEE, M.D.; SHIRLEY HODGE; MICHAEL PUERINI, M.D.; PATRICK HINKELMAN, R.N.; REED PAULSON, M.D.; OLE HANSEN, M.D.; LINDA ANN GRUENWALD, F.N.P.,<br><br>    Defendants. | Case No.  6:12-cv-00266-AA<br><br>SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS |

**SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS**

    1.    Plaintiff Cameron Dodson ("Plaintiff") has brought suit in United States District Court, Case No. 6:12-cv-00266-AA ("Action") against Colette Peters, Jeff Premo, Mark Nooth, Gary Kilmer, Steve Shelton, John Vargo, George Degner, Jerry Becker, Carrie Coffey, Garth

Page 1 -  SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS
RS/ssp/5324287-v1

Gulick, Jodean Elliott-Blakeslee, Shirley Hodge, Michael Puerini, Patrick Hinkelman, Reed Paulson, Ole Hansen and Linda Ann Gruenwald ("Defendants") for damages resulting from the lack of proper medical treatment from December 20th, 2009 until February of 2014 while plaintiff was in the custody of the Oregon Department of Corrections ("ODOC").

2. Plaintiff is represented by attorney Ethan Levi. Defendants are represented by Robert E. Sullivan, Senior Assistant Attorney General. The parties have agreed to settle this matter, the terms of which are set forth in this Settlement Agreement and Release of Claims (hereinafter "Agreement").

3. (a) In consideration for payment by the State of Oregon of the sum of Twenty Thousand Dollars ($20,000.00), inclusive of all claimed and unclaimed damages (economic, noneconomic, punitive, or compensatory damages) attorney fees, costs and all forms of liens (medical, hospital, PIP, Medicare or attorney liens), the receipt of which is hereby acknowledged by Plaintiff, individually and for his heirs, executors, administrators, successors and assigns, and all those in interest with him do hereby release, acquit and forever discharge the State of Oregon, and all those in interest with it, including its heirs, successors, trustees, administrators, assigns, officers, current and former employees, attorneys, insurers, agents and all other persons, firms, state or federal agencies, departments, institutions or corporations, liable or who might be claimed to be liable, none of whom admits liability, but each of whom expressly denies liability (hereafter Released Parties), of and from any and all claims whatsoever which exist through the date of this Agreement, including but not limited to all demands, actions, suits, causes of action, obligations, controversies, debts, costs, attorney fees, expenses, all form of damages, damages, losses, judgments, orders, liens and liabilities of any, every and whatever kind or nature, whether in law, equity, or otherwise, whether based in contract, tort, statute, regulation, tariff, rule, indemnification, contribution, or any other theory of recovery, whether known or unknown, whether suspected or unsuspected, and whether or not concealed or hidden, which have existed or may have existed, or which do exist or which hereafter shall or may exist, based on any facts, events, or omissions that in any manner or fashion relate to or arise out of Plaintiff's claims with

Page 2 -   SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS
RS/ssp/5324287-v1                    Department of Justice
                                      1162 Court Street NE
                                     Salem, OR 97301-4096
                              (503) 947-4700 / Fax: (503) 947-4791

Exhibit 1, Page 2 of 7

the Released Parties. This includes any and all of Plaintiff's damages, including any damages, injuries and claims which are not anticipated or which develop in the future, and Plaintiff hereby expressly waives and relinquishes any and all rights under any law or statute to the contrary. This release includes any claim arising from the negotiation and execution of this Agreement, including fraud in the inducement.

    (b) In consideration of the payments set forth in paragraph 3(a) of the Agreement, Plaintiff waives, releases, and forever discharges Released Parties from any obligations for any claim, known or unknown, arising out of the failure of Released Parties to provide for a primary payment or appropriate reimbursement pursuant to 42 U.S.C. § 1395y(b)(3)(A).

    (c) The Plaintiff, by his signature below, acknowledges that he understands this settlement may impact, limit or preclude Plaintiff's right or ability to receive future Medicare benefits arising out of the injuries alleged in this lawsuit, and nevertheless wishes to proceed with the settlement.

    (d) Plaintiff further agrees that he shall execute and deliver to the State of Oregon copies of all documents or agreements and do such further acts and things as the State of Oregon may reasonably request when necessary to effectuate the purposes of the Agreement, including but not limited to providing copies of all documents between Plaintiff and Medicare regarding the reduction in the amount owed Medicare for Conditional Payments, either for financial hardship, equity and good conscience, or due to procurement costs, or any other reason.

    Should any person or entity not a party hereto challenge the validity of this Agreement, or any term thereof, pursue recovery of monies from the Released Parties or bring a claim or claims against the Released Parties arising out of 42 U.S.C. § 1395y(b) related to payment for items or services related to the injuries claimed in this action, Plaintiff shall provide to Released Parties such cooperation and assistance as Released Parties may reasonably request in order to resist such a challenge or defend such a claim and Plaintiff further agrees to defend, indemnify and hold the Released Parties harmless from any and all such claims of any nature.

Page 3 - SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS

RS/ssp/5324287-v1  Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

Exhibit 1, Page 3 of 7

(e) Plaintiff acknowledges that all subrogation and lien claims arising out of contract or under state or federal law, including, but not limited to, subrogation or lien claims of Plaintiff's health care providers, insurance carriers (including PIP), state workers' compensation, attorneys, and any federal agency or programs such as Medicare, Medicaid, or Social Security, are the sole and separate obligation of Plaintiff which Plaintiff agrees to pay or otherwise resolve. Plaintiff further hereby covenants to defend, indemnify and hold harmless the Released Parties from and against all such lien and subrogation claims brought against the Released Parties.

4. Plaintiff agrees to dismissal of the pending litigation with prejudice authorizing his attorney to execute a Stipulated General Judgment of Dismissal with Prejudice as to all parties and without costs or attorney fees awarded to any party.

5. As evidenced by his signature below, Plaintiff hereby declares that he has read this release and that it is fully understood and voluntarily accepted by him for the purpose of making a full, final and complete settlement, adjustment and compromise of any and all claims, including those arising out of the incident described above, in whatever legal form or theory he might assert the same, whether disputed or otherwise, and in particular including, but not limited by, those matters asserted, or which might have been asserted, in the civil suit identified in paragraph 1.

6. The parties to this Agreement agree that no party warrants or represents how the United States Internal Revenue Service ("IRS"), the Oregon Department of Revenue, or other governmental authority will treat the payment described in paragraph 3(a) for tax purposes, and agree that no further payment of money from Released Parties will be due in the event that the payments or the release of the claims embodied in this Agreement or any portion thereof is found by the IRS, the Oregon Department of Revenue, or other governmental authority to be, or result in, taxable income to any party. *The State of Oregon, as part of its reporting requirements, may have to communicate with the IRS, including submitting IRS form 1099. The State of Oregon reserves the right to respond to inquiries by said authorities and to make any additional*

Page 4 -    SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS

RS/ssp/5324287-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

Exhibit 1, Page 4 of 7

*disclosures requested by the governmental authority or as required by law.* Plaintiff agrees to defend, indemnify, and hold harmless Released Parties from any and all manner of liability if any should be imposed on Released Parties regarding the payment to Plaintiff under this Agreement specified above. Upon receipt of written notification from the State of Oregon that such liability has been imposed by the IRS, the Oregon Department of Revenue, or any other governmental authority and the amount thereof, Plaintiff agrees to fully remit such monies to the demanding entity within thirty (30) days from his receipt of such notification or upon any such terms as the demanding entity may permit. Plaintiff understands that he is solely responsible for the tax consequences of the payments outlined above in paragraph 3(a). Plaintiff agrees not to hold any other party to this Agreement responsible for taxes due and recognizes that he is solely responsible for any resultant tax payments associated with this release.

7. As evidenced by his signature below, Plaintiff represents that he has relied on his own judgment and advice of his own attorney in making this settlement, and that no representations have been made to him by the Released Parties, defense counsel, or State Defendant(s) or their insurer and/or the Department of Administrative Services (Risk Management) personnel.

8. The parties understand and agree that this Agreement represents a full, complete and final compromise, satisfaction and resolution of all of Plaintiff's disputed claims, and Plaintiff acknowledges that he relinquishes his claims voluntarily and knowledgeably.

9. As evidenced by his signature below, Plaintiff understands and agrees that this settlement is not to be construed as an admission or proof of any liability or fault whatsoever on the part of the Released Parties, or any other officer, agent or representative of the State of Oregon, and he expressly agrees that he will not characterize it otherwise to any third party at any time, under any circumstances.

10. As evidenced by his signature below, Plaintiff acknowledges that this Agreement is intended to include and does include all claims against any Released Party not only for all known injuries, losses, and damages, but any further injuries, losses, and damages not now

Page 5 -   SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS
RS/ssp/5324287-v1                           Department of Justice
                                            1162 Court Street NE
                                            Salem, OR 97301-4096
                                         (503) 947-4700 / Fax: (503) 947-4791

Exhibit 1, Page 5 of 7

known or anticipated but which may later develop or be discovered, including all effects and consequences thereof. Plaintiff further acknowledges by his signature below that it is his intention in the execution of this Agreement, that it shall be an effective and a full and final settlement of, and bar to each and every claim which he may hereafter have against the Released Parties that arise out of or relate to the civil proceedings identified in paragraph 1 above or that could have been asserted as part of such proceedings.

11. As evidenced by his signature below, Plaintiff further acknowledges if he hereafter discovers facts different from or in addition to the facts which he now knows or believes to be true with respect to the subject matter of this Agreement, it is nevertheless his intention to hereby settle finally any and all claims which now exist or which hereafter may exist between him and the Released Parties arising out of or relating to the civil proceedings identified in paragraph 1 above. In furtherance of such intention, the release herein shall be and will remain in effect as a release, notwithstanding the discovery of any such different or additional facts.

DATED this __1__ day of ~~June~~ July, 2014.

_____
CAMERON DODSON
Plaintiff

Subscribed and sworn to before me this __1__ day of ~~June~~ July, 2014, in the State of Oregon, County of HAMPTON South Carolina

D Horvath, Case Manager
_____
Notary Public for Oregon
Authorized by the Act of July 07, 1955, as amended, to administer oaths (18 USC 4004)
My commission expires: 7/1/14

Page 6 -   SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS
RS/ssp/5324287-v1
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

Exhibit 1, Page 6 of 7

APPROVED AS TO FORM:

DATED this 23d day of June, 2014.

_____
Ethan Levi, OSB #994255
Attorney for Plaintiff

DATED this 24th day of June, 2014.

_____
Robert E. Sullivan, OSB #983539
Senior Assistant Attorney General
Attorney for Defendant State of Oregon

Page 7 -   SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS
    RS/ssp/5324287-v1
                                Department of Justice
                                1162 Court Street NE
                                Salem, OR 97301-4096
                        (503) 947-4700 / Fax: (503) 947-4791

Exhibit 1, Page 7 of 7